James Heyward
P.O. Box 15571
Sarasota, Florida 34277
Tel 941-554-6089
Email – how2jay@yahoo.com

JUN 25 2024 PM 1:52
FILED - USDC - FLMD - TPA

## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**JAMES MARTIN HEYWARD**

     Plaintiff,

v.

**DIANA MORELAND, Individually**

     Defendant.

Case No.: 8:24 cv 1528 SDM-AEP

## COMPLAINT FOR VIOLATION OF THE FIRST ACT OF CONGRESS 1 STAT 23  AND ACTING IN AN UNLAWFUL DE FACTO CAPACITY IMPERSONATING CIRCUIT COURT JUDGE

COMES NOW, James Martin Heyward, ("Plaintiff") and files this verified complaint against one named Diana Moreland, individually, pursuant to Norton v. Shelby County, 118 U.S. 425, 30 L. Ed. 178, 6 S. Ct. 1121 (1886), who has admittedly by *de facto* acts usurped and unlawfully occupying the office of Circuit Court Judge in the Twelfth Judicial Circuit in violation of First Act of Congress 1 Stat. 23.

### A. The Plaintiff

James Martin Heyward one of the people of Florida State is the beneficiary under the legal title of the real property located in Manatee County and property described as LOT 74, GREENBROOK VILLAGE, SUBPHASE BB, UNIT 2 A/K/A GREENBROOK FIELDS, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN  PLAT BOOK 41,

TPA - 70691
$405.00

PAGES 142 THROUGH 149 OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA commonly known as 14146 Cattle Egret Place, Bradenton Florida, 34242.

### B. The Defendant

Diana Moreland, ("defendant") a person, not being sued in her alleged *de facto* capacity as a Circuit Court Judge in the Twelfth Judicial Circuit, but strictly individually, for unlawfully usurping, occupying the office of Circuit Court Judge in the Twelfth Judicial Circuit, Florida and impersonating the same.

<u>**JURISDICTION AND VENUE**</u>

The court has Article III jurisdiction over this lawsuit because the action arises for violations of the First Act of Congress 1 Stat. 23 as well as rights reaffirmed under Public Law 39-26 a/k/a 14 Stat. 27, and poses a federal question.

In order for the Court to have Article III jurisdiction Plaintiff must meet the "*irreducible constitutional minimum of standing contains three requirements: first and foremost, there must be alleged, and ultimately proven, an "injury in fact"—a harm suffered by plaintiff that is concrete and actual or imminent, not conjectural or hypothetical; second, there must be "causation"—a fairly traceable connection between plaintiff's injury and complained-of conduct of Defendant; third, there must be "redressability"—a likelihood that requested relief will redress alleged injury. Triad of injury in fact, causation, and redressability comprises core of Article III's case-or-controversy requirement, and party invoking federal jurisdiction bears burden of establishing its existence.*" (*STEEL COMPANY, aka Chicago Steel and Pickling Company v. CITIZENS FOR A BETTER ENVIRONMENT*, 118 S.Ct. 1003, (No. 96–643, 1998)). The Facts in this Complaint clearly establish all three requirements, granting Article III jurisdiction. Venue is proper in this district because the events leading to this complaint occurred in this district.

**Conditions Precedent**

All conditions precedent have been performed or have occurred. *{Fed. R. Civ. P. 9(c)}*

**PRELIMINARY STATEMENT**

**Standard of Review For Unrepresented Litigant's Pleadings**

Given the fact that the Plaintiff is an unrepresented litigant, this complaint should be construed liberally and the Court should consider the pleadings by "less stringent standards," *Haines v. Kerner,* 404 U.S. 519, 520, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972); *the Court should work to assure that any ignorance of law or procedure does not result in an unjust decision; and should not penalize good-faith errors.*

Implicit in the right of an unrepresented litigant is an obligation on the part of any Court to make reasonable allowances to protect *unrepresented* litigants from inadvertent forfeiture of important rights because of any lack of formal legal training. See *Traguth v. Zuck,* 710 F.2d 90, 95 (2nd Cir. 1983); *Hoffman v. U.S.,* 244 F.2d 378, 379 (9th Cir. 1957); *Darr v. Burford,* 339 U.S. 200 (1950).    Unrepresented litigants should be given a reasonable opportunity to remedy defects in his [or her] pleadings if the factual allegations are close to stating a claim for relief. *Hall v. Bellmon,* 935 F.2d 1106, 1110 (10th Cir. 1991). Plaintiff invokes Full Faith and Credit of the United States and Full Faith and Credit of the United States of America.

**LAW AND FACTS**

1.    A homeowner facing foreclosure and dispossession is entitled to procedural protections. As one of several means of corroborating adherence to those procedural requirements is for the alleged judge in the foreclosure case to have valid oath of office.

2.    First Act of Congress 1 Stat. 23 ("1 Stat. 23") is a *de jure* Act of the United States Congress to regulate among other things the Time and Manner of administering oaths of State court judges.

3.    Relevant portions of 1 Stat. 23 are reproduced below.

"Sec. 1. *Be it enacted by the Senate and* [House of] *Representatives of the United States of America in Congress assembled,* That the oath or affirmation required by the sixth article of the Constitution of the United States, shall be administered in the form following, to wit: "I, *A. B.* do solemnly swear or affirm ( as the case may be) that I will support the Constitution of the United States." "

Furthermore, Sec. 3 of the same First Act of Congress requires as follows:

"Sec. 3. *And be it further enacted,* That the members of the several State legislatures, at the next sessions of the said legislatures, respectively, and all executive and **judicial officers of the several States**, who have been heretofore chosen or appointed, or who shall be chosen or appointed before the first day of August next, and who shall then be in office shall within one month thereafter, **take the same oath or affirmation**, except where they shall have taken it before; which may be administered by any person authorized by the law of the State, in which such office shall be holden, to administer oaths. And the members of the several State legislatures, and all executive and judicial officers of the several States who shall be chosen or appointed after the said first day of August, shall, before they proceed to execute the duties of their respective offices, take the foregoing oath or affirmation, which shall be administered by the person or persons, who by the law of the State shall be authorized to administer the oath of office; and the person or persons so administering the oath hereby required to be taken, shall cause a record or certificate thereof to be made, in the same manner, as, by the law of the State, he or they shall be directed to record or certify the oath of office." [bold emphases added]
First Act of Congress 1 Stat. 23 is incorporated herewith as Annex A.

4.    Plaintiff has sought the defendant's required oaths of office from the Florida Department of

State and received four oaths of office executed by the defendant on November 29, 2004, July 12,

2010, December 12, 2016 and February 7, 2023.

5.    The language of 1 Stat. 23 is non-discretionary and mandatory yet the defendant's oaths of

office do not comply with the *de jure* 1 Stat. 23 and as such defendant failed to comply with and

failed to fulfill her oath obligation to hold her respective office of a Circuit Court Judge in the

Twelfth Judicial Circuit pursuant to the de jure First Act of Congress 1 Stat. 23, a Federal Law.

6.    The Supremacy Clause forbids the defendant and state courts to dissociate themselves

from Federal Law because of disagreement with its content or a refusal to recognize the superior

authority of its source.The Supreme Court held on the basis of the Supremacy Clause that, when Congress enacts a law, that law is as much as Florida's and every other state as it is of the collective United States.

## <u>VIOLATION OF FIRST ACT OF CONGRESS 1 STAT. 23</u>

7.      On November 11, 2004 and *every day* to the present Defendant violates First Act of Congress 1 Stat. 23.

8.      Defendant's signature appears on every invalid Oath of Office, it also appears that the defendant accepted all invalid Oaths of Office on the day she signed it.

9.      All four executed and accepted by the defendant invalid *de facto* Oaths of Office were received by the Florida Department of State as indicated by the stamps in the upper right corner of every invalid oath.

10.     On November 11, 2004, July 12, 2010, December 12, 2016 and February 7, 2023, the defendant knowingly and willfully violated First Act of Congress 1 Stat. 23 when the defendant executed the invalid *de facto* Oaths of Office.

11.      On November 11, 2004, July 12, 2010, December 12, 2016 and February 7, 2023, the defendant knowingly and willfully without *de jure* 1 Stat. 23 Oath of Office *de facto* usurped and occupied the office of the Circuit Court Judge in the Twelfth Judicial Circuit and operates the same without the *de jure* Oath of Office as required by First Act of Congress 1 Stat. 23.

12.     The defendant does not have a proper Bond based on First Act of Congress 1 Stat. 23 and does not satisfy the necessary requirements to "hold" a bona fide *de jure* "office", by "commission", "election", or "appointment". The defendant, as an alleged "Office Holder" 'occupies' a *de facto* office under false and misleading pretense, misrepresentation, and fraud, which strips the defendant as an 'individual' of 'law authority' and 'immunity' under well-seasoned law of the land and sea.

13.     The true and correct copy of every invalid Oath of Office signed by the defendant is attached hereto as Annex B.

14.     On or about June 20, 2024, Plaintiff filed Criminal Complaint against defendant with the U.S. Attorney for the Middle District of Florida. The Criminal Complaint is attached hereto and incorporated herewith as Annex C, outlines the criminal and treasonous acts by Diana Moreland, and requires *without discretion* the matter pursuant to 18 U.S.C. § 3332 to be put before a special Federal Grand Jury.

### Law Of The Land Pronounced By The Supreme Court

15.     In Plaintiff's previous communications with the Florida State Attorney General's office regarding the defendant's oath of office, the Plaintiff was advised that the defendant holds, occupies and operates a *de facto* office of a Circuit Court Judge in the Twelfth Judicial Circuit under a *de facto* doctrine.

16.     The Supreme Court of the United States in Norton v Shelby County, 118 U.S. 425, 30 L. Ed. 178, 6 S. Ct. 1121 (1886) has established the law of the land wanted stated:

> "But when the constitution or form of government remains unaltered and supreme, there can be no de facto department, or de facto office. The acts of the incumbents of such departments or office cannot be enforced conformably to the constitution, and can be regarded as valid only when the government is overturned. When there is a constitutional executive and legislature, there cannot be any other than a constitutional judiciary. Without a total revolution there - can be no such political solecism in Kentucky as a de facto court of appeals. There can be no such court whilst the constitution has life and power. There has been none such. There might be under our constitution, as there have been, de facto officers. But there never was and never can be, under the present constitution, a de facto office. And the court held that the gentlemen who acted as judges of the legislative tribunal were not incumbents of de jure or de facto offices, nor were the de facto officers of de jure offices"

17.    Defendant has engaged in a long train of abuses, unbearable suffering and usurpations of power in violation of the Plaintiff's unalienable rights among them but not limited to life, liberty, the pursuit of happiness and the right to own property, those and other rights were deprived by the defendant acting under "color of law" through the corrupt immoral and depraved acts, among them by impersonating a judge and or public official and violating the law 1 Stat. 23 and the law of the land pronounced by the Supreme Court of the United States in Norman v. Shelby County 118 U.S. 425. (1886) and First Act of Congress 1 Stat. 23.

### Defendant Impersonates A Judge Even Under A De Facto Oath Of Office

18.    In addition, the oath of office executed by the defendant on May 18, 2020, references at the top that it's based on Art. II Sec. 5(b), Fla. Const.

Art. II Sec. 5(b), Fla. Const. GENERAL PROVISIONS

**SECTION 5.   Public officers.—**
"(b)   Each state and county officer, before entering upon the duties of the office, shall give bond as required by law, and shall swear or affirm:
I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the state; and that I will well and faithfully perform the duties of  (title of office)  on which I am now about to enter. So help me God.",

and thereafter shall devote personal attention to the duties of the office, and continue in office until a successor qualifies.

(c)   The powers, duties, compensation and method of payment of state and county officers shall be fixed by law."

19.    The Oaths of Office signed by the defendant are identical to that of Art. II Sec. 5(b) Oath for Public Officers.

20.    Florida  Constitution defines in Art. II Sec. 8(f)(1) who is public officer as follows:

"(f)(1)  For purposes of this subsection, the term "public officer" means a statewide elected officer, a member of the legislature, a county commissioner, a county officer pursuant to Article VIII or county charter, a school board member, a superintendent of schools, an elected municipal officer, an elected special district officer in a special district with ad valorem taxing authority, or a person serving as a secretary, an executive director, or other agency head of a department of the executive branch of state government."

21.    The defendant and her office do not fall under the public officer definition. The defendant is operating the office of Circuit Court Judge without ANY required and applicable Oath of Office even under *de facto* doctrine.

### Public Law 39-26 a/k/a 14 Stat 27

22.    Plaintiff initiates this civil action for the enforcement of his unalienable rights for deprivation and taking of property in violation of due process and pursuant to the rights reaffirmed under Public Law 39-26 a/k/a 14 Stat. 27, Property Rights of Citizens because of the severity, cruelty and ruthlessness of the numerous civil and criminal acts being perpetrated against the Plaintiff by the defendant, the Plaintiff is continuously to the present is *"denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to [him] them by the first section of this act*;". See Sec. 3, Public Law 39-26, a/k/a 14 Stat.

### Facts

### Defendant Engaged In Intentional Acts to Harm The Plaintiff

23.    On or about December 31, 2018, a foreclosure case DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX LOAN TRUST LOAN TRUST 2005 – AR2, MORTGAGE PASS THROUGH CERTIFICATES Series 2005-AR2 v JAMES HEYWARD was filed under case number 2018 CA 006114 AX in the Twelfth Judicial Circuit.

24.    The defendant while impersonating a Circuit Court Judge harmed the Plaintiff while acting under color of law in a *de facto* capacity at the Circuit Court Judge issued orders and or judgment depriving the Plaintiff from access to the *de jure* constitutional courts of exclusive equity, common law, and trial by jury and declaring itself invested with "absolute judicial immunity" for her criminal acts under color of law laden with power to legislate against the Plaintiff in all cases whatsoever by altering and or abolishing our most valuable laws, and altering fundamentally the forms of our *de jure* government(s) declaring the Plaintiff out of those protections acting "under color of law" without the *de jure* 1 Stat. 23 Oath of Office to complete the works of death, desolation, and tyranny, with circumstances of cruelty, perfidy, deceit and dishonesty scarcely paralleled in the most barbarous of ages.

25.    On February 15, 2024 the defendant without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued an Order assigning the foreclosure case to herself.

26.    On February 16, 2024 the defendant while operating in the foreclosure case without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued an Order Denying the Plaintiff's Motion for defendant's Disqualification as a Judge.

27.    On February 21, 2024 the defendant while operating without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued an Order Granting the Plaintiff in the foreclosure case their Renewed Motion for Summary Judgment.

28.    On February 21, 2024, pursuant to a Void Order Doctrine a Notice of Void Order was filed by the Plaintiff with respect to the order granting Motion For Summary Judgment. The Notice of Void Order has been completely ignored.

29.    On the same day on February 21, 2024 the defendant while operating without valid *de jure* Oath of Office and while impersonating a Circuit Court Judge issued a Uniform Final Judgment Of Mortgage Foreclosure and ordered the property described as LOT 74, GREENBROOK

Case 8:24-cv-01528-SDM-AEP    Document 1    Filed 06/25/24    Page 10 of 41 PageID 10

VILLAGE, SUBPHASE BB, UNIT 2 A/K/A GREENBROOK FIELDS, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN  PLAT BOOK 41, PAGES 142 THROUGH 149 OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA to be sold, which was sold on April 17, 2024.

30.      On February 26, 2024 the defendant while operating without proper Oath of Office and impersonating a Circuit Court Judge issued a duplicate Uniform Final Judgment Of Mortgage Foreclosure.

31.      All orders issued by the defendant in the foreclosure case are harmful to the Plaintiff.

### Cause of Action No. 1

### Violation of First Act of Congress 1 Stat. 23 resulting in Deprivation, Encroachment and Violation of Plaintiff's Inalienable Rights in Violation of, Re-Affirmed under Public Law 39-26 a/k/a 14 Stat. 27

32.      Plaintiff alleges that on or about February 15, 2024 and every day to present, Defendant and her actions deprive Plaintiff of constitutional protections of due process of law afforded to Plaintiff and violate Plaintiff's fundamental and implicit Rights reaffirmed under Public Law 39-26, a/k/a 14 Stat. 27, by acting under color of law and under unlawful *de facto* state court authority, admittedly executing orders and judgments under the *de facto* authority to have them intentionally appear as if the defendant is a judge and has jurisdictional authority to issue judicial orders or judgments.

33.      On February 15, 2024, the defendant without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued an Order assigning the foreclosure case to herself.

34.      On February 16, 2024 the defendant while operating in the foreclosure case without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued an Order Denying the Plaintiff's Motion for defendant's Disqualification as a Judge.

Page 10 of 16

35.     On February 21, 2024 the defendant while operating without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued an Order Granting the Plaintiff in the foreclosure case their Renewed Motion for Summary Judgment.

36.     On February 21, 2024, pursuant to a Void Order Doctrine a Notice of Void Order was filed by James M. Heyward with respect to the order granting Motion For Summary Judgment. The Notice of Void Order is being completely ignored.

37.     On the same day on February 21, 2024 the defendant while operating without valid *de jure* Oath of Office and while impersonating a Circuit Court Judge issued a Uniform Final Judgment Of Mortgage Foreclosure and ordered the property described as LOT 74, GREENBROOK VILLAGE, SUBPHASE BB, UNIT 2 A/K/A GREENBROOK FIELDS, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN  PLAT BOOK 41, PAGES 142 THROUGH 149 OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA, to be sold at auction, which was sold on April 17, 2024.

38.     On February 26, 2024 the defendant while operating without proper Oath of Office and impersonating a Circuit Court Judge issued a duplicate Final Judgment Of Mortgage Foreclosure.

39.     All orders issued by the defendant in the foreclosure case are harmful to the Plaintiff, an injury in fact" and a harm suffered by plaintiff that is concrete and actual.

## RELIEF SOUGHT

Declaratory Judgment that renders all *de facto* acts or any *de facto* decision or any *de facto* "official act" whatsoever taken by the defendant as an alleged Circuit Court Judge in the Twelfth Judicial Circuit be void ab initio.

## Cause of Action No. 2

**Defendant participated in a scheme and artifice of impersonating a Circuit Court Judge in the Twelfth Judicial Circuit in violation of the Law of the Land pronounced in Norton v. Shelby County, 118 U.S. 425, 30 L. Ed. 178, 6 S. Ct. 1121 (1886)**

40.     Florida State Attorney General's office through its Assistant Attorney in defending defendant's actions regarding the defendant's oath of office, the Plaintiff was advised that the defendant holds, occupies and operates a *de facto* office of a Circuit Court Judge in the Twelfth Judicial Circuit under a *de facto* doctrine.

41.     The Supreme Court of the United States in Norton v Shelby County, 118 U.S. 425, 30 L. Ed. 178, 6 S. Ct. 1121 (1886) has established the law of the land wanted stated:

> "But when the constitution or form of government remains unaltered and supreme, there can be no de facto department, or de facto office. The acts of the incumbents of such departments or office cannot be enforced conformably to the constitution, and can be regarded as valid only when the government is overturned. When there is a constitutional executive and legislature, there cannot be any other than a constitutional judiciary. Without a total revolution there - can be no such political solecism in Kentucky as a de facto court of appeals. There can be no such court whilst the constitution has life and power. There has been none such. There might be under our constitution, as there have been, de facto officers. But there never was and never can be, under the present constitution, a de facto office. And the court held that the gentlemen who acted as judges of the legislative tribunal were not incumbents of de jure or de facto offices, nor were the de facto officers of de jure offices"

42.     Defendant by acting under color of law and under unlawful *de facto* state court authority, admittedly executing orders and judgments under the *de facto* authority to have them intentionally appear as if the defendant is a judge and has jurisdictional authority to issue judicial orders or judgments from February 15, 2024 to the present day is impersonating a Circuit Court Judge in violation of the Law of the Land pronounced by the Supreme Court in Norton v Shelby County, 118 U.S. 425, 30 L. Ed. 178, 6 S. Ct. 1121 (1886).

**RELIEF SOUGHT**

Declaratory Judgment that renders all *de facto* acts or any *de facto* decision or any *de facto* "official act" whatsoever taken by the defendant as an alleged Circuit Court Judge in the Twelfth Judicial Circuit be void ab initio.

## Cause of Action No. 3

**Defendant participates in a scheme and artifice of impersonating a Circuit Court Judge in the Twelfth Judicial Circuit and forged judge's signature on a court document styled "Summary Judgment".**

43.    Plaintiff alleges that on or about February 15, 2024 and every day to present, Defendant and her actions deprive Plaintiff of constitutional protections of due process of law afforded to Plaintiff and violate Plaintiff's inalienable Rights reaffirmed under Public Law 39-26, a/k/a 14 Stat. 27, by acting under color of law and under unlawful *de facto* state court authority, admittedly executing orders and judgments under the *de facto* authority to have them intentionally appear as if the defendant is a judge and has jurisdictional authority to issue judicial orders or judgments.

44.    On February 21, 2024 the defendant while operating without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued an Order Granting the Plaintiff in the foreclosure case their Renewed Motion for Summary Judgment.

45.    As a result of Defendant's February 21, 2024 actions, Plaintiff has been harmed by Defendant and her conduct and lost his real property at a clerk's sale on April 17, 2024. An injury in Fact and cognizable Tort.

46.    Plaintiff alleges that on February 15, 2024, and every day to present, while impersonating a Circuit Court Judge and acting without the required oath of office required pursuant to 1 Stat. 23, defendant violates and deprives Plaintiff of his Inalienable Rights reaffirmed under Public Law 39-26, a/k/a 14 Stat. 27, because Plaintiff is denied and cannot enforce in the courts or judicial

tribunals of the State of Florida the rights reaffirmed and secured to him by Public Law 39-26 a/k/a 14 Stat. 27.

<b>RELIEF SOUGHT</b>

WHEREFORE, Plaintiff demands and is entitled to relief outlined in this claim by a judgment against defendant Diana Moreland, individually as a result of the actions taken by the defendant which are an injury in fact" and a harm suffered by plaintiff that is concrete and actual. Plaintiff shall recover the total of **$10,000,000.00** (Ten Million Dollars) of Lawful Money of the Unites States of America in monetary damages for the instant claim, as well as un-liquidated damages, yet to be determined.

<u><b>Cause of Action No. 4</b></u>

<b>Defendant participated in a scheme and artifice of impersonating a Circuit Court Judge in the Twelfth Judicial Circuit and forged judge's signature on a court document styled "Uniform Final Judgment".</b>

47.    Plaintiff alleges that on or about February 15, 2024 and every day to present, Defendant and her actions deprive Plaintiff of constitutional protections of due process of law afforded to Plaintiff and violate Plaintiff's inalienable Rights reaffirmed under Public Law 39-26, a/k/a 14 Stat. 27, by acting under color of law and under unlawful *de facto* state court authority, admittedly executing orders and judgments under the *de facto* authority to have them intentionally appear as if the defendant is a judge and has jurisdictional authority to issue judicial orders or judgments.

48.    On February 21, 2024 the defendant while conducting herself without valid *de jure* Oath of Office and impersonating a Circuit Court Judge issued a Uniform Final Judgment Of Mortgage Foreclosure and ordered the property described as LOT 74, GREENBROOK VILLAGE, SUBPHASE BB, UNIT 2 A/K/A GREENBROOK FIELDS, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 41, PAGES 142 THROUGH 149 OF

<b>Page 14 of 16</b>

THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA, to be sold by the clerk of court, which was sold on April 17, 2024.

49.    On February 21, 2024 the defendant while operating without valid *de jure* Oath of Office and while impersonating a Circuit Court Judge by acting under color of law and/or *de facto* state court authority, admittedly directing, supervising and instructing execution of a document styled "Uniform Final Judgment" by the defendant to have it intentionally appear and tender into court docket a filing with a false and counterfeit signature of a judge, to have it appear on the court record as if the defendant, in her "official capacity as a judge", has reviewed Plaintiff's case, had jurisdictional authority to do so and had jurisdictional authority to issue a judicial Order of Uniform Final Judgment while admittedly acting under unlawful *de facto* doctrine.

50.    As a result of Defendant's February 21, 2024 actions, Plaintiff has been harmed by Defendant and her conduct and lost his real property at a clerk of court sale on April 17, 2024. An injury in Fact and cognizable Tort.

51.    Plaintiff alleges that on February 21, 2024, and every day to present, defendant violates and deprives Plaintiff of his Inalienable Rights reaffirmed under Public Law 39-26, a/k/a 14 Stat. 27 because Plaintiff is denied and cannot enforce in the courts or judicial tribunals of the State of Florida the rights reaffirmed and secured to him by Public Law 39-26, a/k/a 14 Stat. 27.

### RELIEF SOUGHT

WHEREFORE, Plaintiff demands and is entitled to relief outlined in this claim by a judgment against defendant Diana Moreland, individually as a result of the actions taken by the defendant which are an injury in fact" and a harm suffered by plaintiff that is concrete and actual. Plaintiff shall recover the total of **$10,000,000.00** (Ten Million Dollars) of Lawful Money of the Unites States of America in monetary damages for the instant claim, as well as un-liquidated damages, yet to be determined.

By: _____

James Heyward, Plaintiff/Beneficiary
P.O. Box 15571
Sarasota, Florida 34277
Tel 941-554-6089
Email – how2jay@yahoo.com

Executed on this 25 of June 2024.

# ANNEX A

## THE

# LAWS OF THE UNITED STATES.

## ACTS OF THE FIRST CONGRESS

### OF THE

## UNITED STATES,

*Passed at the first session, which was begun and held at the City of New York on Wednesday, March 4, 1789, and continued to September 29, 1789.*

GEORGE WASHINGTON, President, JOHN ADAMS, Vice President of the United States, and President of the Senate, FREDERICK AUGUSTUS MUHLENBERG, Speaker of the House of Representatives.

## STATUTE I.

**CHAPTER I.—***An Act to regulate the Time and Manner of administering certain Oaths.*

SEC. 1. *Be it enacted by the Senate and* [*House of*] *Representatives of the United States of America in Congress assembled,* That the oath or affirmation required by the sixth article of the Constitution of the United States, shall be administered in the form following, to wit: "I, A. B. do solemnly swear or affirm (as the case may be) that I will support the Constitution of the United States." The said oath or affirmation shall be administered within three days after the passing of this act, by any one member of the Senate, to the President of the Senate, and by him to all the members and to the secretary; and by the Speaker of the House of Representatives, to all the members who have not taken a similar oath, by virtue of a particular resolution of the said House, and to the clerk: and in case of the absence of any member from the service of either House, at the time prescribed for taking the said oath or affirmation, the same shall be administered to such member, when he shall appear to take his seat.

SEC. 3. *And be it further enacted,* That the members of the several State legislatures, at the next sessions of the said legislatures, respectively, and all executive and judicial officers of the several States, who have been heretofore chosen or appointed, or who shall be chosen or

*June 1, 1789.*

Constitution of the U. S. article 6, page 19. Form of the oath or affirmation to support the Constitution of the United States, to be administered to the members of the Senate and to the members of the House of Representatives.

To the members of the several State Legislatures and to all executive and judicial officers of the States.

23

**24**

FIRST CONGRESS. Sess. I. Ch. 2. 1789.

By whom the oaths or affirmations shall be administered in the several States.

appointed before the first day of August next, and who shall then be in office, shall, within one month thereafter, take the same oath or affirmation, except where they shall have taken it before; which may be administered by any person authorized by the law of the State, in which such office shall be holden, to administer oaths. And the members of the several State legislatures, and all executive and judicial officers of the several States, who shall be chosen or appointed after the said first day of August, shall, before they proceed to execute the duties of their respective offices, take the foregoing oath or affirmation, which shall be administered by the person or persons, who by the law of the State shall be authorized to administer the oath of office; and the person or persons so administering the oath hereby required to be taken, shall cause a record or certificate thereof to be made, in the same manner, as, by the law of the State, he or they shall be directed to record or certify the oath of office.

# ANNEX B

**OATH OF OFFICE**

# STATE OF FLORIDA



04 DEC -1 AM 10: 13

SECRETARY OF STATE

COUNTY OF **Manatee**

I, DO SOLEMNLY SWEAR (OR AFFIRM) that I will support, protect and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

**Circuit Court Judge, Twelfth Judicial Circuit, Group 2**

on which I am now about to enter, so help me God.

> **UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING OATH AND THAT THE FACTS STATED IN IT ARE TRUE.**

**(1)** _____        11-29-04 _____

Signature                                                            Date Signed

## ACCEPTANCE

**SECRETARY OF STATE**
**500 South Bronough Street, Room 316**
**TALLAHASSEE, FLORIDA 32399-0250**

I accept the office of **Circuit Court Judge, Twelfth Judicial Circuit, Group 2**. The above is the oath of office taken by me.

In addition to the above office I also hold the office of _____

My mailing address is: ☒ home ☐ office

**(2)** ████████████████████

_Street or Post Office Box_

████████████████

_City, State, Zip Code_

**(3)** _____
_Sign as you desire commission issued_

**Diana L. Moreland**
_Print or type name as signed above_

Person taking oath sign on line (1) above. Sign acceptance on line numbered (3) after giving address on line (2).

DS-DE 56 (rev.2/04)

# OATH OF OFFICE
### (Art. II. § 5(b), Fla. Const.)

RECEIVED

10 JUL 15 AM 10:41

DIVISION OF ELECTIONS
SECRETARY OF STATE

**STATE OF FLORIDA**

**County of** _Manatee_

I do solemnly swear (or affirm] that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

_Circuit Judge_
(Title of Office)

on which I am now about to enter, so help me God.

**[NOTE: If you affirm, you may omit the words "so help me God." See § 92.52, Fla. Stat.]**

_Signature_

Sworn to and subscribed before me this _12_ day of _July_, _2010_

_Gail A. Elliott_
_Signature of Officer Administering Oath or of Notary Public_

GAIL A. ELLIOTT
MY COMMISSION # DD 593259
EXPIRES: October 8, 2010
Bonded Thru Budget Notary Services

_Print, Type, or Stamp Commissioned Name of Notary Public_

_Personally Known_ ☑ **OR**    _Produced Identification_ ☐

_Type of Identification Produced_ _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

**Mailing Address:**   ☐ Home   ☑ Office

_P.O. Box 3000_
**Street or Post Office Box**

_Bradenton, Florida 34206_
**City, State, Zip Code**

_Diana L. Moreland_
**Print name as you desire commission issued**

_Signature_

**DS-DE 56 (Rev. 02/10)**

# OATH OF OFFICE

RECEIVED
PARTNER ...

**(Art. II, § 5(b), Fla. Const.)**   2016 DEC 16  AM II: 02

**STATE OF FLORIDA**

DIVISION OF ELECTIONS

County of _Manatee_

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

_Circuit Judge_
**(Title of Office)**

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

_____
Signature

Sworn to and subscribed before me this ___ day of _December 2016_

_Gail A. Elliott_
Signature of Officer Administering Oath or Notary Public

GAIL A. ELLIOTT
Commission # FF 166440
Expires October 8, 2018
Bonded Thru Troy Fain Insurance 800-385

_____
Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☑ **OR**     Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:  ☐ Home   ☑ Office

_P.O. Box 3000_
**Street or Post Office Box**

_Bradenton, Fl 34206_
**City, State, Zip Code**

_Diana L Moreland_
**Print Name**

_____
**Signature**

**DS-DE 56 (Rev. 11/16)**

# OATH OF OFFICE
### (Art. II. § 5(b), Fla. Const.)

RECEIVED
DEPARTMENT OF STATE

2023 FEB 10 AM 8:36

DIVISION OF ELECTIONS
TALLAHASSEE FL

**STATE OF FLORIDA**

**County of** MANATEE

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

JUDGE OF The CIRCUIT COURT, TWELFTH Judicial Cir
### (Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

_____
Signature

Sworn to and subscribed before me by means of ✓ physical presence or
online notarization, this 7 day of February 2023

_____
Signature of Officer Administering Oath or of Notary Public

Lisa A. Moore
Print, Type, or Stamp Commissioned Name of Notary Public

LISA A. MOORE
Commission # HH 226083
Expires February 23, 2026

Personally Known ☒ OR   Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address: ☐ Home   ☒ Office

PO Box 3000
Street or Post Office Box

BRADENTON, FL 34206
City, State, Zip Code

Diana Lee Moreland
Print Name

_____
Signature

DS-DE 56 (Rev. 02/20)

# ANNEX C

James Martin Heyward

against

Diana Moreland

United States
*ex relatione*
James Martin Heyward

**VERIFIED CRIMINAL
COMPLAINT**

**In compliance with 18 U.S.C. § 4
and 18 U.S.C. § 2832**

COMES NOW the United States *ex relatione,*, James Martin Heyward Resident of One of the United States of America, and Federal Witness (hereinafter "James Martin Heyward" or "Relator") -- in compliance with 18 U.S.C. § 4, misprision of felony and 18 U.S.C. § 2382, misprision of treason provides formal Notice to the United States Attorney for the Middle District of Florida and to all other interested parties, of this Verified Criminal Complaint, within the jurisdiction of the District Court of the United States for the Middle District of Florida pursuant to Title 18 of the United States Code, Section 3231, state that the following is true to the best of my knowledge and belief. I formally charge the following named persons with the corresponding criminal violations enumerated *infra*.

Pursuant to 18 U.S.C. § 3332, James Martin Heyward hereby makes formal request for the United States Attorney for the Middle District of Florida to present this complaint and all its attachments to a federal grand jury for its independent investigation and if just cause is found to issue a true bill. Pursuant to 18 U.S.C. § 3332, the United States Attorney for the Middle District of Florida lacks discretion and is *required* to bring this matter before a federal grand jury.

| Code Sections | Offense Description |
|---|---|
| 18 U.S.C. § 2 | Principals |
| 18 U.S.C. § 242 | Deprivation of rights under color of law |
| 18 U.S.C. § 505 | Unlawful Forgery signature of a judge |
| 18 U.S.C. § 1341 | Frauds and Swindles |
| 18 U.S.C. § 2381 | Treason |
| 18 U.S.C. § 2385 | Advocating overthrow of De Jure Government |

This criminal complaint is based on these facts:

See Attached Affidavit

_____
*Complainant's signature*

J. HEYWARD
*Printed Name*

Page 1 of 6

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Martin Heyward, ("Relator") being duly sworn, depose, state and declare as follows:

I make this affidavit in support of a criminal complaint charging one Diana Moreland with violating 18 U.S.C. §§ 2, 242, 505, 1341, 2381, 2385. As set forth in greater detail below, as a result of information revealed to me from the records of the Florida Secretary of State which revealed that probable cause exists and that, on November 29, 2004 to the present day, Diana Moreland is operating and occupying the position of a Circuit Court Judge under a de facto doctrine. The Supreme Court of the United States declared as a law of the land in Norton v. Shelby County 118 U.S. 425. (1886) the following:

"But when the constitution or form of government remains unaltered and supreme, there can be no de facto department, or de facto office. The acts of the incumbents of such departments or office cannot be enforced conformably to the constitution, and can be regarded as valid only when the government is overturned. When there is a constitutional executive and legislature, there cannot be any other than a constitutional judiciary. Without a total revolution there - can be no such political solecism in Kentucky as a de facto court of appeals. There can be no such court whilst the constitution has life and power. There has been none such. There might be under our constitution, as there have been, de facto officers. But there never was and never can be, under the present constitution, a de facto office. And the court held that the gentlemen who acted as judges of the legislative tribunal were not incumbents of de jure or de facto offices, nor were the de facto officers of de jure offices," Norton v. Shelby County 118 U.S. 425. (1886)

Diana Moreland is operating without de jure oath of office required by the First Act of Congress 1 Stat. 23. James Martin Heyward has sought Diana Moreland's oaths of office from Florida's Department of State and received four oaths of office executed by Diana Moreland on November 29, 2004; July 12, 2010; December 12, 2016; and February 7, 2023. The oaths are attached hereto and incorporated herewith as Annex A.

The First Act of Congress 1 Stat. 23 is an Act to regulate the Time and Manner of administering certain Oaths.

Relevant portions of 1 Stat. 23 are reproduced below.

"Sec. 1. *Be it enacted by the Senate and* [House of] *Representatives of the United States of America in Congress assembled*, That the oath or affirmation required by the sixth article of the Constitution of the United States, shall be administered in the form following, to wit: "I, *A. B.* do solemnly swear or affirm ( as the case may be) that I will support the Constitution of the United States." "

Furthermore, Sec. 3 of the same public law requires as follows:

"Sec. 3. *And be it further enacted,* That the members of the several State legislatures, at the next sessions of the said legislatures, respectively, and all executive and **judicial officers of the several States,** who have been heretofore chosen or appointed, or who shall be chosen or appointed before the first day of August next, and who shall then be in office shall within one month thereafter, **take the same oath or affirmation,** except where they shall have taken it before; which may be administered by any person authorized by the law of the State, in which such office shall be holden, to administer oaths. And the members of the several State legislatures, and all executive and judicial officers of the several States who shall be chosen or appointed after the said first day of August, shall, before they proceed to execute the duties of their respective offices, take the foregoing oath or affirmation, which shall be administered by the person or persons, who by the law of the State shall be authorized to administer the oath of office; and the person or persons so administering the oath hereby required to be taken, shall cause a record or certificate thereof to be made, in the same manner, as, by the law of the State, he or they shall be directed to record or certify the oath of office." [bold emphases added]

A photographic copy of 1 Stat. 23 is attached hereto and incorporated herewith as Annex B

Diana Moreland's oaths do not comply with the First Act of Congress 1 Stat. 23 and as such Diana Moreland failed to comply with and failed to fulfill her *de jure* oath obligation to hold her respective office as a Circuit Court Judge in the Twelfth Judicial Circuit and continues to refuse to do so.

On November 20, 2023, I James Martin Heyward filed a complaint, civil case Number 2003 CA 006226, in The Circuit Court For The Twelfth Judicial Circuit, Manatee County, Florida against numerous persons for operating as a "judge" without the proper and required oath of office based on First Act of Congress 1 Stat. 23. The subsequent amendment included Diana Moreland by name. In the motion to dismiss the "judges" counsel admitted that a de facto officer doctrine applies in this case requiring dismissal i.e. all persons named in the complaint are acting as "judges" in the Circuit Court For The Twelfth Judicial Circuit under a *de facto* oath of office and not the *de jure* First Act of Congress required oath of office. This self admission by counsel is enough evidence for probable cause to exist.

Diana Moreland is engaged in the following:

1) commission of multiple felonies against Citizens of the United States of America, Citizens of Florida State and the Relator including but not limited to engaging in treasonous acts AND Advocating overthrow of *de jure* United Stated Government by declaring a *de facto* office of a

Page 3 of 6

Circuit Court judge and usurping the de jure office of the judge of the Circuit Court for the Twelfth Judicial Circuit and against the laws of the United States and the laws of the land commencing on November 29, 2004 A.D., and every day to the present by either committing, or aiding, abetting, counseling, commanding, inducing, procuring, or being an accessory after the fact and a Principal in connection with the unlawful practices of issuing multiple void orders, final judgments, writs and other bogus processes that violate the federal statutes 18 U.S.C. §§ 2, 242, 505, 1341, 2381, 2385 in connection with "Judges" counsels self admission in a court case of acting in a *de facto* capacity. The far-reaching criminal consequences of sustaining said false, fictitious and fraudulent "acts", *thereby* fraudulently attempting to subject the Citizens of the United States of America and specifically the People of Florida and James Martin Heyward, the Relator, without their/his knowledge, *thereby* perpetrating and falsely depriving the People of Florida and the Relator of their fundamental Right to enjoy Constitutional protections granted to them and the Relator at all times and at all places within the lawful jurisdictions of the United States and One of the several (50) States.

(2) commission of a felony by willfully subjecting to commit offenses against the de jure United States (Federal Government), and James Martin Heyward, the Relator and to defraud the United States, the People of Florida and the Relator, acting in contempt of the Supreme Court of the United States and in contempt of the First Act of Congress 1 Stat. 23 and by doing acts and acting as Principal in violation of 18 U.S.C. § 2 to specifically effect the object of the conspiracy, in violation of the criminal codes enumerated above by his acts engaged to prevent the People of Florida and the Relator to own and retain property, by impersonating a state judge and engaging in, without *de jure* judicial authority, the process of theft under color of law of the Peoples' of Florida and the Relator's properties in violation of 18 U.S.C. §§ 2, 242, 505, 1341, 2381, 2385.

(3) commission of a felony by willfully subjecting to commit offenses against the United States (Federal Government), and James Martin Heyward, the Relator by doing acts specifically to effect the object, in violation of 18 U.S.C. §505 described below.

Diana Moreland admittedly operating under *de facto* doctrine without the First Act of Congress 1 Stat. 23 Oath of Office thus impersonating a Circuit Court Judge and usurping the office of the Circuit Court Judge in the case of DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX LOAN TRUST LOAN TRUST 2005 – AR2,

MORTGAGE PASS THROUGH CERTIFICATES Series 2005-AR2 v. JAMES M HEYWARD case number 2018 CA 006114 AX. (foreclosure case).

Diana Moreland, while operating without a proper Oath of Office and impersonating a circuit court judge, did violate the provisions of the Express Trust and the beneficiary's interest, breaching and trespassing on the same, she did issue the orders listed below:

On February 15, 2024 Order Re-assigning Case
On February 16, 2024 Order Denying Defendant James Hayward Pro Se Construed Motion For Disqualification Of Judge
On February 21, 2024 Order Granting Plaintiff's Renewed Motion for summary Judgment
On February 21, 2024 Uniform Final Judgment Of Mortgage Foreclosure
On February 26, 2024 Uniform Final Judgment Of Mortgage Foreclosure (Duplicate)

On March 2, 2022, the Constructive Trust created on or about December 31, 2018 was converted into Expressed Trust, at which time James Martin Heyward was declared the beneficiary/cestui que of the same. Verified Declaration of James Martin Heyward is attached hereto and incorporated herewith as Annex C.

Beginning March 2, 2022, James Martin Heyward, appeared in the above-referenced foreclosure case only as the beneficiary/cestui que of the express trust. Diana Moreland while impersonating a Circuit Court Judge breached and or trespassed on the express trust numerous times as outlined above.

INCORPORATION OF EVIDENTIARY DOCUMENTS

In support of the charges enumerated above, Relator attaches as Annex A the Oaths of Office of Diana Moreland, Annex B a true and correct copy of the First Act of Congress 1 Stat. 23, the individual charged herein de facto oath(s) of office and copy of the admission that the charged individuals are operating under de facto doctrine filed in the 12 Judicial Circuit Court Case #2023 CA 006226 and other filings made by above named persons.

Annex C the Verified Declaration of James Martin Heyward dated March 1, 2024 and filed on March 2, 2022.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct. June 2*9*2024

By: _____
    James Heyward
    P.O. Box 15571
    Sarasota, Florida 34277
    941-554-6089

STATE OF FLORIDA
            Sarasota )
COUNTY OF ~~MANATEE~~  )          JURAT

        Before me the undersigned, a Notary acting within and for the County of ~~Manatee~~ Sarasota and State of Florida on this 10ᵗʰ day of June, 2024, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the person whose names is subscribed to the within instrument, to be the identical Free Man, James Martin Heyward, who being duly sworn, declared the above to be true, correct, and not meant to mislead, to the best of his/her knowledge, understanding, and belief, by his/her free will and voluntary act and deed by his/her signature on the foregoing document, executed the within instrument.

Given under ~~my hand~~ and seal this 20 day of June 2024

_____
Notary signature                      Seal

Lyndsee Schopfer
Printed Notary name

My commission expires May 2, 2025

LYNDSEE ANN SCHOPFER
Notary Public - State of Florida
Commission # HH 124648
My Comm. Expires May 2, 2025

Page 6 of 6

**ANNEX A**

## OATH OF OFFICE
# STATE OF FLORIDA FILED

04 DEC -1 AM 10: 13

SECRETARY OF STATE

COUNTY OF **Manatee**

I, DO SOLEMNLY SWEAR (OR AFFIRM) that I will support, protect and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

**Circuit Court Judge, Twelfth Judicial Circuit, Group 2**

on which I am now about to enter, so help me God.

---

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING OATH AND THAT THE FACTS STATED IN IT ARE TRUE.**

---

(1) _____          11-29-04

Signature                                Date Signed

---

### ACCEPTANCE

**SECRETARY OF STATE**
**500 South Bronough Street, Room 316**
**TALLAHASSEE, FLORIDA 32399-0250**

I accept the office of **Circuit Court Judge, Twelfth Judicial Circuit, Group 2**. The above is the oath of office taken by me.

In addition to the above office I also hold the office of _____.

**My mailing address is:** ☒ home  ☐ office

(2) ████████████████          (3) _____
Street or Post Office Box              Sign as you desire commission issued

████████████████                      **Diana L. Moreland**
City, State, Zip Code                  Print or type name as signed above

Person taking oath sign on line (1) above. Sign acceptance on line numbered (3) after giving address on line (2).
DS-DE 56 (rev.2/04)

# OATH OF OFFICE
### (Art. II. § 5(b), Fla. Const.)

RECEIVED

10 JUL 15 AM 10: 41

DIVISION OF ELECTIONS
SECRETARY OF STATE

**STATE OF FLORIDA**

County of _Manatee_

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

_Circuit Judge_
### (Title of Office)

on which I am now about to enter, so help me God.

[NOTE:  If you affirm, you may omit the words "so help me God."  See § 92.52, Fla. Stat.]

Signature

Sworn to and subscribed before me this _12_ day of _July_, _2010_

_Gail A. Elliott_
Signature of Officer Administering Oath or of Notary Public

GAIL A. ELLIOTT
MY COMMISSION # DD 593259
EXPIRES: October 8, 2010
Bonded Thru Budget Notary Services

Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☑ OR    Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:    ☐ Home    ☑ Office

_P.O. Box 3000_
Street or Post Office Box

_Bradenton, Florida 34206_
City, State, Zip Code

_Diana L. Moreland_
Print name as you desire commission issued

Signature

DS-DE 56 (Rev. 02/10)

# OATH OF OFFICE

RECEIVED

### (Art. II. § 5(b), Fla. Const.)

2016 DEC 16  AM 11:02

**STATE OF FLORIDA**

SUPERVISOR OF ELECTIONS

County of __Manatee__

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

__Circuit Judge__
### (Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

_____
*Signature*

Sworn to and subscribed before me this __16__ day of __December 2016__

__Gail A. Elliott__
*Signature of Officer Administering Oath or of Notary Public*

GAIL A. ELLIOTT
Commission # FF 166440
Expires October 8, 2018
Bonded Thru Troy Fain Insurance 800-385

_____
*Print, Type, or Stamp Commissioned Name of Notary Public*

Personally Known ☑ OR    Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

I accept the office listed in the above Oath of Office.

Mailing Address:    ☐ Home    ☑ Office

__P.O. Box 3000__
Street or Post Office Box

__Bradenton, Fl 34206__
City, State, Zip Code

__Diana L Moreland__
Print Name

_____
Signature

DS-DE 56 (Rev. 11/16)

# OATH OF OFFICE
### (Art. II. § 5(b), Fla. Const.)

RECEIVED
DEPARTMENT OF STATE
2023 FEB 10 AM 8: 36
DIVISION OF ELECTIONS
TALLAHASSEE FL

**STATE OF FLORIDA**

County of _MANATEE_

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

_JUDGE OF The CiRCuiT CouRT, TWELFTH Judicial Cir_
### (Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

_____
Signature

Sworn to and subscribed before me by means of ✓ *physical presence or online notarization, this* 7 *day of* February , 2023

_____
Signature of Officer Administering Oath or of Notary Public

_Lisa A. Moore_
Print, Type, or Stamp Commissioned Name of Notary Public

LISA A. MOORE
Commission # HH 226083
Expires February 23, 2026

Personally Known ☒  OR  Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

I accept the office listed in the above Oath of Office.

Mailing Address:  ☐ Home  ☒ Office

_PO Box 3000_
Street or Post Office Box

_BRADENTON, Fl 34206_
City, State, Zip Code

_Diana Lee Morland_
Print Name

_____
Signature

DS-DE 56 (Rev. 02/20)

# ANNEX B

## THE

# LAWS OF THE UNITED STATES.

## ACTS OF THE FIRST CONGRESS

### OF THE

## UNITED STATES,

*Passed at the first session, which was begun and held at the City of New-York on Wednesday, March 4, 1789, and continued to September 29, 1789.*

GEORGE WASHINGTON, President, JOHN ADAMS, Vice-President of the United States, and President of the Senate, FREDERICK AUGUSTUS MUHLENBERG, Speaker of the House of Representatives.

## STATUTE I.

CHAPTER I.—*An Act to regulate the Time and Manner of administering certain Oaths.*

June 1, 1789.

SEC. 1. *Be it enacted by the Senate and [House of] Representatives of the United States of America in Congress assembled,* That the oath or affirmation required by the sixth article of the Constitution of the United States, shall be administered in the form following, to wit: "I, A. B. do solemnly swear or affirm (as the case may be) that I will support the Constitution of the United States." The said oath or affirmation shall be administered within three days after the passing of this act, by any one member of the Senate, to the President of the Senate, and by him to all the members and to the secretary; and by the Speaker of the House of Representatives, to all the members who have not taken a similar oath, by virtue of a particular resolution of the said House, and to the clerk: and in case of the absence of any member from the service of either House, at the time prescribed for taking the said oath or affirmation, the same shall be administered to such member, when he shall appear to take his seat.

Constitution of the U.S. Article 6. sec. 1. Form of the oath or affirmation how to be administered to the members of the United States. by be administered to the members of the Senate and to the members of the House of Representatives;

SEC. 2. *And be it further enacted,* That the members of the several State legislatures, at the next sessions of the said legislatures, respectively, and all executive and judicial officers of the several States, who have been heretofore chosen or appointed, or who shall be chosen or

To the members of the State Legislatures and all executive and judicial officers of the States.

23

**34**      FIRST CONGRESS. Sess. I. Ch. 2.  1789.

*By whom the oaths or affirmations, shall be administered in the several States.*

appointed before the first day of August next, and who shall then be in office, shall, within one month thereafter, take the same oath or affirmation, except where they shall have taken it before; which may be administered by any person authorized by the law of the State, in which such office shall be holden, to administer oaths. And the members of the several State legislatures, and all executive and judicial officers of the several States, who shall be chosen or appointed after the said first day of August, shall, before they proceed to execute the duties of their respective offices, take the foregoing oath or affirmation, which shall be administered by the person or persons, who by the law of the State shall be authorized to administer the oath of office; and the person or persons so administering the oath hereby required to be taken, shall cause a record or certificate thereof to be made, in the same manner, as, by the law of the State, he or they shall be directed to record or certify the oath of office.

By: _____, Executor

# ANNEX C

James Martin Heyward, Beneficiary
of JAMES M. HEYWARD TRUST
14146 Cattle Egret Place,
Bradenton Florida
941-323-6621

## IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT
### IN AND FOR MANATEE COUNTY, FLORIDA
De Facto For Profit Private Services Company
Dunn & Brad Street Number (Redacted)

DEUTSCHE BANK NATIONAL TRUST COMPANY          Court/Bank CUSIP (Redacted)
as Trustee for INDYMAC INDX LOAN TRUST          Attaching Number 2018CA006114 AX
LOAN TRUST 2005 – AR2, MORTGAGE PASS          Case No. 2018 CA 006114 AX
- THROUGH CERTIFICATES Series 2005-AR2
    Plaintiff,

V.

James Heyward a/k/a/ James M. Heyward a/k/a/ J. Heyward;
a/k/a James W. Heyward; The unknown Trustee of the
CEP811 TRUST; Zarold Holmes LLC; Greenbrook Village
Association, Inc.;  State of Florida Department of Revenue,

    Defendant(s).
_____/

### Verified Declaration of James Martin Heyward

        COMES NOW, James Martin Heyward, a Cestui Qui Trust, a civilian, non-belligerent, non-combatant, not an enemy of the United States, not an enemy of the ally of the United States, not the defendant, standing on Florida state, within the boundaries of the Union of the Several States defined by implication of Congressional Act of Admission in to the Union on March 3, 1845,  without the "Territory" and without the "District of Columbia", not a trustee or substitute trustee for the constructive trust JAMES M. HEYWARD, with a Statement of Facts and Declaration of Express Trust, and a Directive to the Trustee and Fiduciaries.

### Statement of the Facts and Declaration

        On December 31, 2018, a financial instrument styled "VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE, AND ENFORCEMENT OF LOST, DESTROYED, OR STOLEN NOTE"

1

in the amount of $320,000.00 was deposited into the Court, at which time an account was opened by the Clerk of Court under number. 2018 CA 006114 AX in the name of JAMES M. HEYWARD, a constructive trust. The constructive trust was created by the Court at the time DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR2, PASS-THROUGH CERTIFICATES Series 2005-AR2 deposited the financial instrument into the court. At the time of that deposit the title to the financial instrument styled "VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE, AND ENFORCEMENT OF LOST, DESTROYED, OR STOLEN NOTE" was conveyed to the court for valuable consideration known as "filing fee" by electronic or physical delivery.

I, James Martin Heyward hereby and herewith declare on and for the Record that DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR2, PASS-THROUGH CERTIFICATES Series 2005-AR2 as well as Miguel Gonzalez, Esq., and BROCK & SCOTT, PLLC have entered into artifice and/or scheme. The result of this artifice and/or scheme, which is a commercial, financial instrument operation, through the constructive trust JAMES M. HEYWARD. Through conclusive presumption, that JAMES M. HEYWARD is presumed to be and is being treated as the constructive/substitute Trustee for the constructive trust JAMES M. HEYWARD.

I James Martin Heyward, have never been informed of this nor have been asked for consent to function as Trustee or substitute Trustee for the constructive trust JAMES M. HEYWARD.

I James Martin Heyward declare that unless and until someone within three days from the filing of this declaration proves the contrary, this court has recognized that JAMES M. HEYWARD was a constructive trust created by and IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, IN AND FOR MANATEE COUNTY, FLORIDA without notice, for the purpose of JAMES M. HEYWARD to act as trustee under account number 2018CA006114AX against the Res i.e. the collateral - the real property situated in the Manatee County and under a deed recorded in the name of CEP 811 TRUST.

I James Martin Heyward declare on and for the record that I did NOT then and do NOT now consent to be the Trustee or Substitute Trustee for the constructive trust JAMES M. HEYWARD, and I cannot be compelled to act as Trustee or Substitute Trustee for it. To force me, James Martin Heyward, to function as the Trustee or Substitute Trustee for the constructive trust JAMES M. HEYWARD is an act of peonage and involuntary servitude.

## Declaration of Trust and Grantor/Trustor Intent

I James Martin Heyward hereby and herewith express on and for the Record the constructive trust JAMES M. HEYWARD is now declared and converted into JAMES M. HEYWARD Express Trust and I declare that I, James Martin Heyward, is the Grantor/Trustor and the sole Cestui Que/

2

Beneficiary of JAMES M. HEYWARD, now an Express Trust.

| | |
|---|---|
| Name of the Trust | JAMES M. HEYWARD EXPRESS TRUST |
| Settlor/Grantor | James Martin Heyward<br>14146 Cattle Egret Place<br>Bradenton Florida |
| Trustee | THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT<br>IN AND FOR MANATEE COUNTY, FLORIDA<br>De Facto For-Profit Private Services Company<br>Dunn & Brad Street Number (Redacted)<br>1115 Manatee Avenue West<br>Bradenton, FL 34205 |
| Fiduciary#1 | Miguel Gonzales, Esq.<br>c/o BROCK & SCOTT, PLLC<br>2001 NW 64TH ST. SUITE 130<br>Ft. Lauderdale, FL 33309 |
| Fiduciary#2 | BROCK & SCOTT, PLLC<br>2001 NW 64TH ST. SUITE 130<br>Ft. Lauderdale, FL 33309 |
| Sole Beneficiary | James Martin Heyward<br>14146 Cattle Egret Place<br>Bradenton, FL 34202 |

### Appointment of Trustee

By the authority vested in the Grantor/Trustor, I James Martin Heyward do now hereby and herewith name and appoint THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA as Trustee for the JAMES M. HEYWARD Express Trust. Irrespective of the above, no trust can fail for lack of trustee. "A court of equity will never suffer an express trust, in regard to which there is no question, to fail for lack of a trustee." (Beach 1897, "Trusts and Trustees").

### Re-Appointment of Co-Fiduciaries

On December 31, 2018, Miguel Gonzales, Esq. and BROCK & SCOTT, PLLC conveyed the title in the financial instrument styled "VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE, AND ENFORCEMENT OF LOST, DESTROYED, OR STOLEN NOTE" to THE CIRCUIT COURT OF THE

3

TWELFTH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA. The value of the financial instrument is in the amount of $320,000.00 plus any profits rent and interest created by the issuance of the securities against this financial instrument. Miguel Gonzales, Esq. and BROCK & SCOTT, PLLC continue to manage this financial instrument which is also covered by their oath of office and performance bond and as a result have acted as fiduciaries to the financial instrument placed in trust and JAMES M. HEYWARD constructive trust.

By the authority vested in the Grantor/Trustor. I James Martin Heyward do now hereby and herewith re-appoint and subrogate Miguel Gonzales, Esq. and BROCK & SCOTT, PLLC bonds and as Co-Fiduciaries for the JAMES M. HEYWARD Express Trust. In the event Miguel Gonzales, Esq. and BROCK & SCOTT, PLLC would decline such re-appointment a written notice must be given to the Beneficiary within 10 days of the date of this declaration, failure to give written notice to decline the re-appointment as fiduciary of the JAMES M. HEYWARD Express Trust would constitute tacit agreement with the re-appointment.

### Directive to Co-Fiduciaries

Annexed hereto as Annex B and fully filled out, is the FORM 56 for each party appointed herein which all are hereby directed to sign and file same with the Internal Revenue Service. The Fiduciaries are hereby specifically prohibited to take any action in violation of their fiduciary duty and against the JAMES M. HEYWARD Express Trust, its sole Beneficiary and the Real Property.

### The Jurisdiction of Exclusive Equity is Governing the Express Trust

I James Martin Heyward as Grantor/Trustor hereby and herewith declare that the following Maxims of

Equity govern the JAMES M. HEYWARD Express Trust:

1) Equity sees that as done what ought to be done.
2) Equity will not suffer a wrong to be without a remedy.
3) Equity delights in equality.
4) One who seeks equity must do equity.
5) Equity aids the vigilant, not those who slumber on their rights.
6) Equity imputes an intent to fulfill an obligation.
7) Equity acts *in personam* or on persons.
8) Equity abhors a forfeiture.
9) Equity does not require an idle gesture.
10) He who comes into equity must come with clean hands.
11) Equity delights to do justice and not by halves.
12) Equity will take jurisdiction to avoid a multiplicity of suits.
13) Equity follows the law.

4

14) Equity will not aid a volunteer.

15) Where equities are equal, the law will prevail.

16) Between equal equities the first in order of time shall prevail.

17) Equity will not complete an imperfect gift.

18) Equity will not allow a statute to be used as a cloak for fraud.

19) Equity will not allow a trust to fail for want of a trustee.

20) Equity regards the beneficiary as the true owner.

## Special Deposit of the Legacy/Res

I James Martin Heyward hereby deposit and re-convey the title in the financial instrument as a Special Deposit to the Trustee as the Legacy/Res of the trust under an account number 2018CA006114AX, Annex hereto as Annex A. The title to said instrument was received and accepted by James Martin Heyward through the service of process on February 22, 2019, and upon valuable consideration is now being conveyed onto the Trustee, the instrument is indorsed with Pay to the Order of U.S. Treasury.

## Special Trust Relationship is Created Upon Special Deposit

When property is transferred, a trust relationship is created. The recipient has an obligation to perform and process the instrument, protect the Legacy/Res/property. The recipient is therefore a trustee. Section 401 of the Uniform Trust Code confirms that a trust is created upon transfer of property to another.

SECTION 401. METHODS OF CREATING TRUST.
A trust may be created by:
(1) transfer of property to another person as trustee...

The conveyance of the Legacy/Res by way of Special Deposit creates a trust and trust relationship in which the recipient has a trustee obligation to process the instrument.

## Directive to the Trustee

I, James Martin Heyward, as a sole Beneficiary of the JAMES M. HEYWARD Express Trust, hereby and herewith direct the Trustee within THREE calendar days:

1) to convey to U.S. Treasury indorsed with Pay to the Order of U.S. Treasurer, as a Special Deposit by physical delivery of the financial instrument accompanied with appropriate forms to convey the title to the same for U.S. Treasury to Charge the Estate of JAMES M. HEYWARD account number 7xx-xx-x683 to Set off and to balance the accounting and the books;

5

2) to provide me with all trust accounting pertaining to the derivative securities underwritten against the financial instrument and the account number 2018CA006069AX;

3) to provide me with all trust accounting pertaining to the derivative securities underwritten against the Promissory Note at the full value of the Note, which includes the value of all future interest;

4) to complete the Set off of the financial instrument and the account number 2018CA006114AX in the court's accounting records and balance the ledger by offsetting liability;

5) to issue an order to release the collateral i.e. the real property and direct the fiduciaries named herein to cease and desist all attempts to interfere with the Cestui Que Trust's real property;

6) to Seal the public case No. 2018CA006114AX off the record.

## Tender

Attached to the financial instrument, tendered, United States Currency in the amount of one U.S. dollar, serial number G68891859 C, a legal tender, for all debts public and private, attached one U.S. dollar coins, in addition permanently attached to the financial instrument one dollar cancelled stamp pursuant to 18 U.S.C. 8, making the instrument an obligation of the United States.

**PLEASE BE ADVISED THE TENDER IS NOT PAYMENT** but a mechanism to Set off and to balance the accounting and the books to allow the U.S. Treasury to access and Charge the Estate of JAMES M. HEYWARD account number 7xx-xx-x683 and to release the Bond underwritten by the U.S. Treasury against the account number 2018CA006114AX. Attached hereto for and in consideration of the sum certain of 21.00 U.S. dollars, well and truly paid, by the United States Postal Money Order, enclosed herewith, as consideration for your services to the trust.

## The Verification

I James Martin Heyward execute this draft and make this Verification based on personal knowledge and understanding of matters set forth herein before Nature's God and Men acting with sincere intent and full standing in equity as the Grantor/Trustor and Beneficiary of the JAMES M. HEYWARD Express Trust and appearing in equity only being competent in mind and body to testify do hereby declare verify and affirm that the facts stated herein are true correct and complete in all material fact not misrepresented based on my own knowledge to the best of my current information knowledge and belief under the penalty of perjury of the laws of The United States of America and the laws of Florida state and is admissible as evidence in a court of equity except as to those matters that are therein made upon information and belief and as to those claims or facts I believe them to be true, without dishonor, without recourse.

6

By: _____, Executor
James Martin Heyward,
Grantor/Trustor/Beneficiary
of JAMES M. HEYWARD Express Trust


**State of Florida**
**County of Sarasota**

THE FOREGOING INSTRUMENT was acknowledged before me on 3/1/2022 by, JAMES M. HEYWARD who is personally known to me or who has produced driver license as identification and who did take an oath.

MAUREEN ANN PLOVNICK
Notary Public - State of Florida
Commission # GG 291700
My Comm. Expires Jan 15, 2023

Notary Seal

Signature: _____
Notary Public

Print Name: MAUREEN ANN PLOVNICK

7